**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TAMARA ALEXANDER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-3318 |
| | § | |
| CONVERGENT OUTSOURCING, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The court previously stayed this case pending a scheduled mediation on March 1, 2018 to try to reach a global settlement resolving this case and the related Colorado case, *Ross v. Convergent Outsourcing*. The parties submitted a joint status update informing the court of the outcome of that mediation. (Docket Entry No. 53). Although Ross and Convergent reached a settlement agreement, the intervenors, including the plaintiff in this case, declined to agree to the terms. Ross and Convergent intend to file a renewed motion for class certification and settlement in Colorado by May 29, 2018. The parties in this Texas case ask this court to continue the stay until fourteen days after the *Ross* court rules on the motion for approval of the settlement.

This case is administratively stayed and closed without prejudice. The parties may move to reinstate the case to the active docket no later than 14 days after the *Ross* court rules on the pending motion for certification and settlement.

SIGNED on March 12, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge